In the Matter of the Claim of ANNA L. JOHNSON, Respondent, against ELLISON BRONZE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. A. J. PRATTINGER, Respondent, against MAIDEN LANE REALTY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BERL WAGNER, Respondent, against WILSON & COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AMOS PLOUFF, SR., and Another, Respondents, against PORT HENRY LIGHT, HEAT AND POWER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GUISEPPE FODERARO, Respondent, against BRITTING & STANZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CATHERINE A. McKEON, Respondent, against T. M. GIBBS CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ELEANOR SMITHLING, Respondent, against EMPIRE COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ALBERT L. VEEDER, Respondent, v. MARCUS S. PISCITELLI (Otherwise Known as MARCUS S. P. TANCRED), Appellant. (Action No. 1.) ALBERT L. VEEDER, Respondent, v. MARCUS S. PISCITELLI (Otherwise Known as MARCUS S. P. TANCRED), Appellant. FRANK RADLEY and Another, Respondents; THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants. (Action No. 2.) — In action No. 1 the judgment and order are affirmed, with costs. In action No. 2 the award to Veeder is modified and reduced to $340, with interest from August 8, 1927, and, as so modified, affirmed; the award to Radley is modified and reduced to $25, with interest from August 8, 1927, and, as so modified, affirmed; the award to Chandler, with interest from August 8, 1927, is affirmed. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

MADELINE JENSEN, as Administratrix, etc., of JACOB JENSEN, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Davis and Hill, JJ., concur; Whitmyer and Hasbrouck, JJ., dissent on the ground that the fact of fraud is pleaded, and there is evidence of fraud sufficient to make an arguable question on the facts. (Hanna v. Mitchell, 202 App. Div. 504, 517; affd., 235 N. Y. 534.)